FINANCIAL STATEMENT

## NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (inclu
accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (includ
mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate m
your household.

| ASSETS | | | LIABILITIES | |
|---|---|---|---|---|
| Cash on hand and in banks | 10,000 | 00 | Notes payable to banks—secured | 12,000 |
| U.S. Government securities—add schedule | 0 | | Notes payable to banks—unsecured | 0 |
| Listed securities—add schedule | 97,604 | 64 | Notes payable to relatives | 0 |
| Unlisted securities—add schedule | 0 | | Notes payable to others | 0 |
| Accounts and notes receivable: | | | Accounts and bills due | 35,000 |
| Due from relatives and friends | 0 | | Unpaid income tax | 0 |
| Due from others | 0 | | Other unpaid tax and interest | 0 |
| Doubtful | 0 | | Real estate mortgages payable—add schedule | 1645099 |
| Real estate owned—add schedule | 2505,000 | | Chattel mortgages and other liens payable | 0 |
| Real estate mortgages receivable | | | Other debts—itemise: | |
| Autos and other personal property | 86,000 | 00 | | |
| Cash value—life insurance | 78,000 | 00 | | |
| Other assets—itemise: | 0 | | | |
| | | | | |
| | | | Total liabilities | 1692099 |
| | | | Net worth | 1084505 |
| Total assets | 2776604 | 64 | Total liabilities and net worth | 2776604 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | 0 | | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | 0 | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | 0 | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | 0 | | | |
| Other special debt | | | | |

Digitized by Google

| AO-10<br>Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>WILLIAMS, Jr., Alexander | 2. Court or Organization<br>United States District Court<br>for the District of Maryland | 3. Date of Report<br>August 11, 199 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>United States District Court Judge<br>Article III - Active | 5. Report Type (check appropriate type)<br>___ Nomination, Date_____<br>_X_ Initial ___ Annual ___ Final | 6. Reporting Period<br>1/1/92 - 8/11/93 |
|---|---|---|

| 7. Chambers or Office Address<br>United States District Court for the<br>District of Maryland<br>101 W. Lombard St., Baltimore, MD 21201 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

**POSITION** — **NAME OF ORGANIZATION/ENTITY**

[ ] NONE (No reportable positions)

1) Elected State's Attorney for Prince George's County, Maryland — Prince George's County, Maryland
2) Adjunct Professor of Law — Howard University, School of Law, Washington, DC
3) Board Member — Maryland Handgun Roster Board, Reisterstown, MD
4) Member of Board of Directors — Maryland State's Attorneys' Association, Baltimore,
5) Secretary-Treasurer — First Adventure Early Learning Ctr., Inc. (Wife's ch care busine

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

**DATE** — **PARTIES AND TERMS**

[ ] NONE (No reportable agreements)

Howard University — I am in the final year of a two-year contract to teach law as an Adjunct Professor of Law at Howard University School of Law, Washington, DC. The date of the employment contract is August, 1992 through June 30, 1994. (9 months remaining.) Annual salary is $35,0

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOM (yours, not spous |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| | 1) Elected State's Attorney for Prince George's County, MD (Attorney) | $ 98,000 |
| | 2) Adjunct Professor, Howard Law School (Teaching) | $ 35,000 |
| | 3) Associate Pastor, Walker Memorial Baptist Church | $ |
| | (As minister, presented sermons at several churches in 1992 receiving total income of $2,400.) | $ 2,400 |
| | (See "Additional Information" Sheet "A".) | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILLIAMS, Jr., Alexander | August 11, 19 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instruction

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| "EXEMPT" | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instruction

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| "EXEMPT" | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODI |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| (See Attached "Additional Information or Explanations" Sheet "B" under Section VI. LIABILI | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = more than $1,000,000

Digitized by Google

** All rental income on these single-family residential properties go for mortgage paymen
*** All rental income from the three commercial rental properties go for payment on existi
    mortgages.

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | ... e of Report |
|---|---|---|
| | WILLIAMS, Jr., Alexander | August 11, 199 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code¹ (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code² (J-P) | (2) Value Method Code³ (Q-W) | (1) Type (e.g. buy,sell, merger, redemp-tion) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code² (J-P) | (4) Gain, Code¹ (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| * ¹ Eagle Harbor (J) Aquasco, MD | None | None | M | W | | | | | | |
| * ² Oyster Harbor (J) Anne Arundel County, MD | None | None | K | W | | · | | | | |
| * ³ Laurel Avenue ** (J) Cheverly, MD | D | Rent | M | W | | | | | | |
| * ⁴ Osborn Road ** (J) Landover, MD | D | Rent | M | W | | | | | | |
| * ⁵ 16th Street ** (J) Washington, DC | C | Rent | K | W | | | | | | |
| ⁶ Old Landover Road*** (J) Landover, MD | E | Rent | M | W | | | | | | |
| ⁷ Neighbor Lane *** (J) Cheverly, MD | F | Rent | O | W | | | | | | |
| * ⁸ Old Branch Avenue *** (J) Camp Springs, MD | F | Rent | O | W | | | | | | |
| * ⁹ Somerset Avenue ** Princess Anne, MD | B | Rent | K | W | | | | | | |
| * ¹⁰ Parcel 8, Antioch Ave. ** Princess Anne, MD | B | Rent | K | W | | | | | | |
| * ¹¹ Parcel 9, Antioch Ave. ** Princess Anne, MD | A | Rent | J | W | | | | | | |
| ¹² John Hanson Bank (J) Beltsville, MD | A | Int. | J | T | | | | | | |
| ¹³ American Security Bank (J) Silver Spring, MD | A | Int. | J | T | | | | | | |
| ¹⁴ Shearson, Lehman Bros. (J) Financial Mgmt. Account | C | Div. Int. | L | T | (See "Additional Information" Sheet for further breakdown of assets.) | | | | | |
| ¹⁵ Dean Witter Reynolds Active Assets Account | B | Div. Int. | K | T | (See "Additional Information" Sheet for further breakdown of assets.) | | | | | |
| ¹⁶ | | | | | | | | | | |
| ¹⁷ | | | | | | | | | | |
| ¹⁸ | | | | | | | | | | |
| ¹⁹ | | | | | | | | | | |
| ²⁰ | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less B=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,00 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,00 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>WILLIAMS, Jr., Alexander | Date of Report<br>August 11, 19 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

See Attached "Additional Information or Explanations" Sheets "A," "B," "C," and "D."

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudica function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent child had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent child if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have l reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Confere regulations.

Signature _Alexander Williams J_      Date _August 11,_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REP( MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google